IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

AAROW ELECTRICAL SOLUTIONS, LLC   *

    Plaintiff,   *

v.   *

                                        Case No.: **8:22-cv-02363-JKB**

TRICORE SYSTEMS, LLC, *et al.*,   *

    Defendants.   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### INDIVIDUAL DEFENDANTS' MOTION
### TO COMPEL AND FOR SANCTIONS

Defendants Ralph David Hummer, Anthony Reyes, Candace Santos, Jonathon Steele, David Paul Taylor, John Taylor, Chad Tippett, Michael Wilson, and Nathan Velozo (collectively, the "Individual Defendants"), move for the entry of an Order compelling the production of discovery material and issuing sanctions for failure to comply with discovery obligations.

In support of this Motion, the Individual Defendants rely upon the facts, arguments, and points and authorities set forth in the accompanying Memorandum in Support of Individual Defendants' Motion to Compel and for Sanction, as well as the following Exhibits:

    1. Collectively, the Defendants' First Requests for Production;

    2. Plaintiff's Responses to Defendants' First Requests for Production;

1

3. Email from Jeremy Wyatt to Gregory L. Arbogast (redacted to remove communication about mediation);

4. Defendants' November 3, 2023 Discovery Requests;

5. Email from counsel for the Plaintiff to Counsel for the Defendants;

6. Letter from Counsel for Defendants to Counsel for the Plaintiff.

WHEREFORE, the Individual Defendants request that this Honorable Court enter an Order:

1. Declaring as a matter of law that the Plaintiff has waived all objections to the Interrogatories and the Second Requests for Production;

2. Compelling the Plaintiff to provide full and complete written responses to the Discovery Requests within ten days;

3. Requiring the Plaintiff to produce all responsive documents within ten days of the date of entry of the Order; and

4. Precluding the Plaintiff from including any attorneys' fees and costs incurred in connection with this Motion and in responding to the Individual Defendants' discovery in any claim for attorneys' fees in this litigation.

| | |
|---|---|
| Dated: January 11, 2024 | */s/ Gregory L. Arbogast* |
| | Gregory L. Arbogast (Bar No. 29590) |
| | Gebhardt & Smith LLP |
| | One South Street, Suite 2200 |
| | Baltimore, Maryland 21202 |
| | (410) 385-5112 |
| | garbogast@gebsmith.com |
| | *Counsel for Individual Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of January, 2024, I caused to be served on all counsel of record the Individual Defendants' Motion to Compel and for Sanctions, accompanying Memorandum, exhibits attached thereto, and proposed order.

                                                                                 */s/  Gregory L. Arbogast*
                                                                                 Gregory L. Arbogast