# EXHIBIT 3

**Gregory L. Arbogast**

| | |
|---|---|
| **From:** | Jeremy Wyatt <JWyatt@harrisonlawgroup.com> |
| **Sent:** | Tuesday, November 8, 2022 4:24 PM |
| **To:** | Gregory L. Arbogast |
| **Cc:** | Hamilton, David; Hillary Colonna; Cass, Luke |
| **Subject:** | RE: Aarow v. Tricore |
| **Attachments:** | Aarow's Request for Production to TriCore.pdf; Aarow's Request for Production to Velozo.pdf; Aarow's Request for Production to Reyes.pdf; Aarow's Request for Production to Santos.pdf; Aarow's Request for Production to Tippett.pdf; Aarow's Request for Production to Steele.pdf; Aarow's Request for Production to Taylor.pdf; Aarow's Responses to Velozo's RFPDs.pdf; Aarow's Responses to Reyes's RFPDs.pdf; Aarow's Responses to Santos's RFPDs.pdf; Aarow's Responses to Tippett's RFPDs.pdf; Aarow's Responses to Steele's RFPDs.pdf; Aarow's Responses to Taylor's RFPDs.pdf |

Greg:

Thank you for touching base. I address those matters below.

With respect to the Requests for Production, the responses are attached, as well as Aarow's own initial requests for production. Aarow is collecting and preparing documents for production. In my mind, the point of this exercise was to provide documents in advance of any mediation and certainly well in advance of the preliminary injunction hearing. As the horizons for those events have moved farther, so have the production of documents.

I am connecting with my ESI team about the collection kits and the files you reference below. With respect to collection, can you please confirm that Mr. Taylor was able to retrieve the BitLocker encryption key I referenced in my October 21 email?



Regards,

Jeremy

**From:** Gregory L. Arbogast <garbogast@gebsmith.com>
**Sent:** Monday, November 7, 2022 8:45 AM
**To:** Jeremy Wyatt <JWyatt@harrisonlawgroup.com>
**Cc:** Hamilton, David <David.Hamilton@wbd-us.com>; Hillary Colonna <hillary.colonna@wbd-us.com>; Cass, Luke <Luke.Cass@wbd-us.com>
**Subject:** Aarow v. Tricore

Jeremy-

1