# EXHIBIT 5

## Gregory L. Arbogast

| | |
|---|---|
| **From:** | Gregory L. Arbogast |
| **Sent:** | Friday, December 1, 2023 11:25 AM |
| **To:** | Jeremy Wyatt |
| **Cc:** | Jordan Stave; Emily Riggen; Rob Remington; Eric Levasseur |
| **Subject:** | Re: Aarow v. Tricore, et al. - Discovery Responses |

Jeremy-

Confirmed, but as you note, I would just ask for a rolling production when and as certain categories of documents are available so we remain on track.

Thanks,

Greg

Gregory L. Arbogast
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Direct:  (410) 385-5112
Fax:     (443) 957-4324
Email:  garbogast@gebsmith.com

And

1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
(302) 295-5028

---

**From:** Jeremy Wyatt <JWyatt@harrisonlawgroup.com>
**Sent:** Friday, December 1, 2023 11:12:06 AM
**To:** Gregory L. Arbogast <garbogast@gebsmith.com>
**Cc:** Jordan Stave <JStave@harrisonlawgroup.com>; Emily Riggen <eriggen@harrisonlawgroup.com>; Rob Remington <rrr@hahnlaw.com>; Eric Levasseur <eblevasseur@hahnlaw.com>
**Subject:** Aarow v. Tricore, et al. - Discovery Responses

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Greg:

I hope you are well.

By my calculation, Aarow's responses to the discovery recently propounded on behalf of defendants come due this next Monday, December 4, 2023.  With the volume of information requested, Aarow will not be able to respond by that date.  So, I am asking for a 30-day extension to that deadline, considering the upcoming holidays.  With respect to

1

documents in particular, I anticipate that document productions will begin before that extended deadline but after we have our upcoming conference of counsel on Tuesday.

Could you please confirm that your clients will consent to an extension? Thank you in advance for your consideration.

Regards,

Jeremy

**Jeremy Wyatt**



Harrison Law Group
40 West Chesapeake Avenue
Suite 600
Towson, Maryland 21204
(410) 842-0145 (Direct Dial)
(410) 842-0146 (Direct Fax)
(410) 832-0000 (Main Phone)
(410) 832-9929 (Main Fax)
www.harrisonlawgroup.com

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.