## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Southern Division)

| | |
|---|---|
| AAROW ELECTRICAL SOLUTIONS, LLC | * |
| Plaintiff, | * |
| v. | * |
| | Case No.: **8:22-cv-02363-JKB** |
| TRICORE SYSTEMS, LLC, *et al.*, | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

UPON CONSIDERATION of the Individual Defendants' Motion to Compel and for Sanctions, any opposition thereto, and any oral argument held thereon, it is this ___ day of _____, 2024, hereby ORDERED:

1. That the Plaintiff has waived all objections to the Interrogatories and the Second Requests for Production;

2. The Plaintiff is ordered to provide full and complete written responses to the Defendants' Discovery Requests within ten days;

3. The Plaintiff is ordered to produce all responsive documents within ten days of the date of entry of the Order; and

4. The Plaintiff is precluded from including any attorneys' fees and costs incurred in connection with this Motion and in responding to the Individual Defendants' discovery in any claim for attorneys' fees in this litigation.

Date: _____                    _____
                                   James K. Bredar
                                   Chief Judge
                                   United States District Court for
                                   The District of Maryland