IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| AAROW ELECTRICAL SOLUTIONS, LLC | * |
| Plaintiff, | * |
| v. | * |
| | Case No.: **8:22-cv-02363-JKB** |
| TRICORE SYSTEMS, LLC, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF THE
INDIVIDUAL DEFENDANTS' MOTION TO SUPPLEMENT THEIR
MOTION FOR SANCTIONS AND MOTION TO COMPEL**

Defendants Ralph David Hummer, Anthony Reyes, Candace Santos, Jonathon Steele, David Paul Taylor, John Taylor, Chad Tippett, Michael Wilson, and Nathan Velozo (collectively, the "Individual Defendants"), by counsel, respectfully submit this Memorandum in Support of the Individual Defendants' Motion to Supplement their Motion for Sanctions (ECF 100) and Motion to Compel (ECF 101).

As the Court is aware, at the time the Individual Defendants filed their Motion for Sanctions on January 13, Plaintiff, Aarow Electrical Solutions, LLC ("Aarow") had not provided any written responses to the Individuals Defendants' Interrogatories and had not provided any written responses or produced any responsive documents to the Individual Defendants' Second Document Requests. In its consolidated Opposition to the Motions (ECF 108), Aarow stated that it "intends to provide written responses to the Individual Defendants' Second Requests for Production and begin

producing documents … by the end of the week of February 2, 2024"; and that it "intends to begin providing responses to the Interrogatories by February 2, and "anticipates completing the process of responding to the Interrogatories no later than February 9." Opp. at 3. The Individual Defendants therefore submit this Motion in order to most efficiently provide the Court with "an update on the categories of documents that have been produced by Aarow and . . . an update on the completion of Aarow's responses to interrogatories" as requested by the Court (ECF 113).

On February 2, Aarow served *some* written responses to the Interrogatories and the Second Document Requests, but it did not provide complete written responses or serve any responsive documents at that time; on February 7, Aarow produced 222 documents (which represents the total number of documents produced by Aarow to date in this case, not counting the documents from the Individual Defendants' devices that were imaged by Aarow); on February 9, Aarow served one additional written response to the Interrogatories; on February 20, Aarow served two additional written responses to the Interrogatories; and, in the late afternoon on February 21, Aarow served two additional written responses to the Interrogatories. As of the filing of this Supplement, Aarow has now provided (albeit belatedly) some sort of written response to each of the Interrogatories and Second Document Requests, but those written responses are incomplete and based upon improper objections; and Aarow's limited production of documents is grossly inadequate, incomplete, and ignores the vast majority of the Requests for Production of Documents.

In light of the sheer number of discovery requests and responses at issue, and in an effort to provide a succinct and manageable update on the status of Aarow's discovery in accordance with the Court's February 14 Order (ECF 113), the Individual Defendants respectfully submit this Motion to Supplement and supporting Memorandum and the chart attached hereto as Exhibit A, which summarizes the relevant discovery requests, Aarow's responses, and the Individual Defendants' positions regarding the discovery that remains outstanding.

Dated: February 21, 2024

/s/ Gregory L. Arbogast
Gregory L. Arbogast (Bar No. 29590)
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
(410) 385-5112
garbogast@gebsmith.com
*Counsel for Individual Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of February, 2024, I caused to be served on all counsel of record the foregoing Individual Defendants' Motion to Supplement Their Motion for Sanctions and Motion to Compel and Memorandum in Support Thereof.

/s/ Gregory L. Arbogast
Gregory L. Arbogast