IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AAROW ELECTRICAL SOLUTIONS,   *

    Plaintiff,   *

v.   *   CIVIL NO. JKB-22-2363

TRICORE SYSTEMS, LLC, et al.,   *

    Defendants.   *

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated during the on-the-record telephone conference on February 22, 2024, it is ORDERED that:

1. The Motion for Sanctions (ECF No. 100) is DENIED WITHOUT PREJUDICE.

2. The Motion to Compel (ECF No. 101) is DENIED.

3. The Motion for Leave to File Supplement (ECF No. 124) is DENIED AS MOOT.

4. Discovery in this case is SUSPENDED.

5. Given the Parties' demonstrated lack of capacity to agree to an Electronically Stored Information ("ESI") protocol, the parties are DIRECTED to meet and confer to agree upon an attorney to serve as the ESI Discovery Supervisor. The Supervisor will oversee the negotiation of an ESI protocol. The Parties will be expected to share equally in the cost of the Supervisor's services, with an upper limit of such services being 20 hours.

6. The Parties are DIRECTED to file a Joint Motion to Appoint ESI Discovery Supervisor by February 29, 2024. The Court expects to hold a conference with the Supervisor shortly after February 29, 2024.

DATED this 22 day of February, 2024.

BY THE COURT:

_James K. Bredar_
James K. Bredar
Chief Judge